UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Surf's Up, LLC, | ) | C/A No. 14-4706-BHH-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REPORT AND RECOMMENDATION |
| Rick Rahim; Myrtle Laser Tag, LLC; | ) | |
| BusinessVentures.com, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On March 21, 2016, United States District Judge Bruce H. Hendricks granted defense counsel's motion to be relieved as counsel for all Defendants—Rick Rahim ("Rahim"), an individual; and Myrtle Laser Tag, LLC ("Myrtle Laser Tag"), and BusinessVentures.com, LLC ("BusinessVentures.com"), both limited-liability corporations. ECF No. 25. This matter was referred to the undersigned for pretrial handling. *See* Local Civ. Rule 73.02(B)(2)(e) (D.S.C.) (magistrate judges are authorized to review all pretrial matters in pro se cases).

On March 24, 2016, the undersigned issued an Order advising individual pro se Defendant Rahim of special pleading rules applicable to pro se litigants in this District and reminding corporate pro se Defendants Myrtle Laser Tag and BusinessVentures.com, that they were required to obtain counsel no later than May 5, 2016, as instructed by District Judge Hendricks. Order, ECF No. 32. The March 24, 2016 Order plainly advised the pro se corporate Defendants that the law and rules of the court require that corporate defendants be represented by legal counsel (citing Local Civ. R. 83.I.07 (D.S.C.) and applicable case law). *Id.* at 1-2. In that Order, the undersigned further advised Defendants Myrtle Laser Tag and BusinessVentures.com that failure to comply with court rules could have serious consequences and that if they failed to obtain licensed counsel who filed an entry of appearance within the deadline, the undersigned

would recommend that default be entered against it. ECF No. 32 at 1-2. Defendants Myrtle Laser Tag and Business Ventures did not have counsel enter an appearance on their behalves, and the undersigned recommended default be entered against them. ECF Nos. 43, 57. Despite being given opportunities to object to the undersigned's recommendation that default be entered, neither Myrtle Laser Tag nor Business Ventures filed any objections, nor did they obtain counsel. District Judge Hendricks instructed the Clerk of Court to enter default as to Myrtle Laser Tag and Business Ventures. Default was entered on November 7, 2016. ECF Nos. 61, 62. Judge Hendricks recommitted this matter to the undersigned for further proceedings as to Defendant Rahim. ECF No. 61.

On November 29, 2016, the undersigned entered an order advising Defendant Rahim that he was required to respond to Plaintiff's Complaint no later than December 29, 2016, and that failure to respond could result in the entry of default against him. ECF No. 65. Rahim was further reminded of his duty to keep the court apprised of his mailing address. The November 29, 2016 Order and a copy of the March 24, 2016 Order were mailed to Rahim by regular and certified mail. Although other copies of these orders were returned as undeliverable, an individual named "Brenda Rahim" accepted delivery of the November 29, 2016 mailing on December 5, 2016. ECF No. 67. Nonetheless, Defendant Rahim did not file a response to the Complaint nor did he otherwise communicate with the court regarding this matter or the deadline. Accordingly, it is recommended that default be entered against Defendant Rick Rahim.

The Clerk of Court is to serve a copy of this Report and Recommendation to Defendant Rahim by both regular and certified mail to the following addresses: 634 River Bend Road, Great Falls, VA 22066; and PO Box 1170, Great Falls, VA 22066-8170. Copies should also be mailed to Defendants BusinessVentures.com (PO Box 1170, Great Falls, VA 22066) and Myrtle Beach

Laser Tag LLC (4112 Carolina Commercial Drive, Myrtle Beach, SC 29579) by regular and certified mail.

IT IS SO RECOMMENDED.

February 21, 2017  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**